No. 2, Original. WISCONSIN ET AL. v. ILLINOIS ET AL.;
No. 3, Original. MICHIGAN v. ILLINOIS ET AL.; and
No. 4, Original. NEW YORK v. ILLINOIS ET AL. Upon the suggestion of the defendants, the Metropolitan Sanitary District of Greater Chicago is substituted as a party defendant in these cases in the place of the Sanitary District of Chicago. *Grenville Beardsley,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, *Lawrence J. Fenlon, Peter G. Kuh, George A. Lane, Joseph B. Fleming, Joseph H. Pleck* and *Thomas M. Thomas* for defendants.

No. 2, Original. WISCONSIN ET AL. v. ILLINOIS ET AL.;
No. 3, Original. MICHIGAN v. ILLINOIS ET AL.;
No. 4, Original. NEW YORK v. ILLINOIS ET AL.; and
No. 12, Original. ILLINOIS v. MICHIGAN ET AL. The motion of the United States for leave to intervene is granted and the parties are allowed 45 days within which to file responses to such petition of intervention. *Solicitor General Rankin, Assistant Attorney General Morton, David R. Warner* and *Walter Kiechel, Jr.* for the United States. Consent of the State of Illinois and the Metropolitan Sanitary District of Greater Chicago to intervention by the United States was filed by *Grenville Beardsley,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, *Lawrence J. Fenlon, Peter G. Kuh, George A. Lane, Joseph B. Fleming, Joseph H. Pleck* and *Thomas M. Thomas.* Consent of the States of Wisconsin, Minnesota, Ohio, Pennsylvania, Michigan and New York to intervention by the United States was filed by *John W. Reynolds,* Attorney General of Wisconsin, and *Roy Tulane,* Assistant Attorney General; *Miles Lord,* Attorney General of Minnesota, and *Raymond A. Haik,* Special Assistant Attorney General; *Mark*